# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2620 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 103 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 60727 |
| | : | |
| | : | (Allegheny County) |
| IVAN STEWART DeVOREN, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2021, upon consideration of the Report and Recommendations of the Disciplinary Board, Ivan Stewart DeVoren is suspended from the Bar of this Commonwealth for a period of two years, retroactive to July 3, 2019. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).